**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **JACKIE C. PETERSEN,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:19-cv-00069-XR** |
| | § | |
| **FEDEX FREIGHT, INC. and** | § | |
| **OMOGONIO OCANAS, JR.,** | § | |
| | § | |
| **Defendants.** | § | |

**STIPULATION OF DISMISSAL OF DEFENDANTS**

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), Plaintiff and Defendants hereby agree and stipulate that the case has settled and that Defendants, FedEx Freight, Inc. and Omogonio Ocanas, Jr. should be dismissed as parties in this action with prejudice.

1.      Plaintiff, Jackie C. Petersen sued Defendants, FedEx Freight, Inc. and Omogonio Ocanas, Jr., on November 27, 2018.

2.      The case was removed to Federal Court on December 28, 2018.

3.      The parties are properly before the court.

4.      Defendants reached a confidential settlement agreement with Plaintiff.

5.      This case is not a class action.

6.      A receiver has not been appointed in this case.

7.      This dismissal of all claims is with prejudice.

Respectfully Submitted,

Edna G. Elizondo
Attorney-in-Charge
SBN:  24006082
ednalit@carlsonattorneys.com

OF COUNSEL:

THE CARLSON LAW FIRM, P.C.
6243 IH-10 West, Suite 205
San Antonio, TX 78201
(210) 696-8600
(210) 680-7119 Fax
**ATTORNEY FOR PLAINTIFF,
JACKIE C. PETERSEN**

Brian T. Coolidge
SBN:  24004595
FBN:  22592
btc@lorancethompson.com

OF COUNSEL:

LORANCE THOMPSON, P.C.
2900 North Loop West, Suite 500
Houston, Texas 77092
(713) 868-5560
(713) 864-4671 Fax
**ATTORNEY FOR DEFENDANTS,
FEDEX FREIGHT, INC. AND
OMOGONIO OCANAS, JR.**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **JACKIE C. PETERSEN,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:19-cv-00069-XR** |
| | § | |
| **FEDEX FREIGHT, INC. and** | § | |
| **OMOGONIO OCANAS, JR.,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER ON STIPULATION OF DISMISSAL

Before the Court is the Stipulation of Dismissal of Defendants (Dkt. #___).  Pursuant to the joint representations made in this pleading, it is hereby ORDERED that all causes of action asserted by Plaintiff, **JACKIE C. PETERSEN**, against Defendants, **FEDEX FREIGHT, INC. and OMOGONIO OCANAS, JR.**, in this civil action be and hereby are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that all attorney fees and costs of suit incurred by the parties be paid by the party incurring same.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

_____
JUDGE XAVIER RODRIGUEZ