IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JACKIE C. PETERSEN, | § § § | |
| Plaintiff, | § § | |
| V. | § | CIVIL ACTION NO. 5:19-cv-00069-XR |
| | § § | |
| FEDEX FREIGHT, INC. and OMOGONIO OCANAS, JR., | § § § § | |
| Defendants. | § | |

## ORDER ON STIPULATION OF DISMISSAL

Before the Court is the Stipulation of Dismissal of Defendants (Dkt. #46). Pursuant to the joint representations made in this pleading, it is hereby ORDERED that all causes of action asserted by Plaintiff, **JACKIE C. PETERSEN**, against Defendants, **FEDEX FREIGHT, INC. and OMOGONIO OCANAS, JR.**, in this civil action be and hereby are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that all attorney fees and costs of suit incurred by the parties be paid by the party incurring same.

All relief not previously granted is hereby denied.

The Clerk is directed to **CLOSE** this civil action.

It is so **ORDERED**.

**SIGNED** this March 3, 2022

_____
XAVIER RODRIGUEZ
U.S. DISTRICT JUDGE